## IN RE DIAMOND J.

The petition by the respondent mother for certification for appeal from the Appellate Court, 121 Conn. App. 392 (AC 31426), is denied.

*Michael S. Taylor*, in support of the petition.

*Stephen G. Vitelli*, assistant attorney general, in opposition.

Decided July 14, 2010

## STATE OF CONNECTICUT *v.* FRANKIE FRYER

The petition by Kimberly Albright and Anthony Lazzari for certification for appeal from the Appellate Court (AC 31948) is denied.

*Kimberly Albright*, pro se, and *Anthony Lazzari*, pro se, in support of the petition.

*Susan C. Marks*, supervisory assistant state's attorney, in opposition.

Decided July 14, 2010

## SUZANNE BUBROSKY *v.* HARRISON BUBROSKY

The plaintiff's petition for certification for appeal from the Appellate Court (AC 31977) is denied.

*Samuel V. Schoonmaker IV*, in support of the petition.

*George J. Markley*, in opposition.

Decided July 14, 2010